IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRY CABARRUS, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 1:11-CV-1103-CC-ECS |
| KRAMER AND ASSOCIATES, : | |
| : | |
| Defendant. : | |
| : | |

**O R D E R**

The Court having been advised that the parties have reached a settlement of this matter, the Court hereby ORDERS that this action be administratively closed without prejudice to the right of the parties to reopen the action within ninety (90) days if settlement is not consummated.

**SO ORDERED**, this 12th day of July, 2011.

                                          s/ *Clarence Cooper*
                                          CLARENCE COOPER
                                          UNITED STATES DISTRICT JUDGE